1 THOMAS E. FRANKOVICH (State Bar #074414)
JENNIFER L. STENEBERG (State Bar #202985)
2 THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
3 2806 Van Ness Avenue
San Francisco, CA  94109
4 Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMADA INN OAKLAND; HEMANT INVESTMENTS, a California limited liability company,<br><br>    Defendant.<br>_____ | **CASE NO. C-03-4902-SBA**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement, with any dispute or enforcement action being brought before the assigned Magistrate Judge herein. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 11, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Jennifer L. Steneberg
Attorneys for Plaintiffs RONALD WILSON and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: May 9, 2005

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By: _____/s/_____
Kurt A. Franklin
Attorneys for Defendant HEMANT INVESTMENTS

**ORDER**

IT IS SO ORDERED.

Dated: __May 19__, 2005

/s/ Saundra Brown Armstrong
Hon. Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE